IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 20- UNA |
| | ) |
| ANTHONY NIKOLAOS FRIDAS, | ) |
| | ) |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**Count 1**

On or about December 16, 2006, in the District of Delaware, Anthony Nikolaos Fridas, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of image files which are of minors engaged in sexually explicit conduct, that is, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

**Count 2**

On or about December 19, 2005, in the District of Delaware, Anthony Nikolaos Fridas, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of image files which are of minors engaged in sexually explicit conduct, that is, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic

area, which child pornography had been transported in interstate and foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

### Count 3

On or about December 16, 2006, in the District of Delaware, Anthony Nikolaos Fridas, the defendant, knowingly possessed computer images of child pornography, that is, visual depictions of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### Count 4

On or about December 19, 2005, in the District of Delaware, Anthony Nikolaos Fridas, the defendant, knowingly possessed computer images of child pornography, that is, visual depictions of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### Count 5

On or about December 16, 2006, in the District of Delaware, Anthony Nikolaos Fridas, the defendant, knowingly received and attempted to receive visual depictions, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse; that lack serious literary, artistic, political, or scientific value; and that had been transported in interstate and foreign commerce by any means, including by computer, and which had been produced using materials

that have been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

### Count 6

On or about December 19, 2005, in the District of Delaware, Anthony Nikolaos Fridas, the defendant, knowingly received and attempted to receive visual depictions, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse; that lack serious literary, artistic, political, or scientific value; and that had been transported in interstate and foreign commerce by any means, including by computer, and which had been produced using materials that have been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

A TRUE BILL:

Foreman

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-6-07

3