UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 07-20-GMS |
| : | |
| ANTHONY FRIDAS, : | |
| : | |
| Defendant. : | |

## ORDER

In response to the Defense's Motion to Temporarily Modify Conditions of Release, this Court hereby Orders on this 23rd day of February 2007, that Defendant Fridas' conditions of release are temporarily modified to allow Mr. Fridas to travel to Williamsburg, Virginia and be removed from electronic monitoring between February 27, 2007 and March 1, 2007.

The Honorable Gregory M. Sleet
United States District Court Judge

FILED
FEB 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE