AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| ANTHONY NIKOLAOS FRIDAS | Case Number: CR 07-20-UNA |

To: The United States Marshal
and any Authorized United States Officer

SEA~~L~~ED  UNSEALED 2/8/07  KJK

YOU ARE HEREBY COMMANDED to arrest  __ANTHONY NIKOLAOS FRIDAS__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

RECEIPT OF CHILD PORNOGRAPHY BY COMPUTER - ( COUNTS I & II );
POSSESSION OF CHILD PORN - ( COUNTS III & IV );
RECEIPT OF OBSCENE DEPICTIONS OF CHILDREN - ( COUNTS V & VI )

in violation of Title ___18___ United States Code, Section(s) ___2252A(a)(2) and (b)(1)___

| | |
|---|---|
| PETER T. DALLEO | BY: _[signature]_ ; DEPUTY CLERK |
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | FEBRUARY 7, 2007 at WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 2/7/07 | NAME AND TITLE OF ARRESTING OFFICER  for FBI  J Policichio | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 2/8/07 | | |

AO 442    Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____