IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-20-GMS |
| | : | |
| ANTHONY FRIDAS, | : | |
| | : | |
| Defendant. | : | |

**<u>MOTION FOR CONTINUANCE OF SENTENCING</u>**

Defendant, Anthony Fridas, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Fridas is currently scheduled for sentencing on September 18, 2007 at 9:30 a.m.

2. Defense counsel will be out of the office attending a conference from September 16, 2007 through September 19, 2007, and therefore will be unavailable on September 18, 2007, the date that Mr. Fridas' sentencing is currently scheduled. In addition, defense counsel requires additional time to prepare for sentencing and additional time to review the Presentence Report (PSR) with Mr. Fridas to determine what, if any, objections to the PSR the defense wishes to make. As of August 30, 2007, Mr. Fridas had not yet received a copy of his PSR in this case, and defense counsel has not yet had the opportunity to review the PSR with Mr. Fridas.

3. Defense counsel respectfully requests that Mr. Fridas' sentencing be continued for 30 days to allow defense counsel time to adequately prepare for sentencing.

4.	AUSA Edmond Falgowski, the attorney handling this case for the government, has no objection to the defense's continuance request.

5.	Any objections to the PSR will be filed by the defendant no later than October 5, 2007.

WHEREFORE, Mr. Fridas respectfully requests that the Court continue the sentencing hearing in this matter to anytime after October 22, 2007.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Anthony Fridas

DATED:   August 30, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-20-GMS |
| | : | |
| ANTHONY FRIDAS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Fridas' Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____
The Honorable Gregory M. Sleet
United States District Court