IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-20-GMS |
| | ) |
| ANTHONY NIKOLAOS FRIDAS, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, 2, 4, 5, and 6 of the Indictment, pursuant to the Memorandum of Plea Agreement dated June 19, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 11-5-07

IT IS SO ORDERED this _____ day of _____, 2007.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court